441 A.2d 449

Commonwealth v. Turner, Appellant.

518

Submitted November 14, 1980. Joseph M. Budicak, for appellant; John L. Brown, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, JOHNSON and POPOVICH, JJ.

Judgment of sentence affirmed.